RIDGWAY NATIONAL BANK ET AL. v.
PENNSYLVANIA.

No. 516.   Decided January 9, 1961.

*William I. Crosby* and *B. R. Coppolo* for appellants.

*Anne X. Alpern,* Attorney General of Pennsylvania, *John Sullivan,* Deputy Attorney General, and *Robert C. Derrick,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.